District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAYYADA JABBAR, | No. 2:23-cv-1264-TL |
| Plaintiff, | STIPULATED MOTION TO DISMISS AND REMAND AND [PROPOSED] ORDER |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | Note for Consideration: September 13, 2023 |
| Defendants. | |

Plaintiff Mayyada Jabbar brought this action pursuant to 8 U.S.C. § 1447(b), alleging that the United States Citizenship and Immigration Services ("USCIS") failed to adjudicate her Form N-400, Application for Naturalization, within 120 days after her interview.  She seeks de novo review of her application and adjudication by this Court.  The parties have reached an agreement that will resolve this case in its entirety.

The parties, by and through their respective counsel, hereby jointly stipulate and move to dismiss this matter without prejudice, without fees or costs to either party, and request that the Court remand the matter to USCIS.  Once remanded, USCIS agrees adjudicate Plaintiff's N-400 and, if appropriate, administer the Naturalization Oath of Allegiance within 45 days of this Court's remand order.  Accordingly, the parties have resolved all outstanding issues and further judicial

STIPULATED MOTION TO DISMISS AND REMAND
(C23-1264 TL) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

intervention is unnecessary.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 13, 2023

　　　　Respectfully submitted,

|  |  |
|---|---|
|  | United States Attorney's Office |
| *s/Matt Adams* | */s/ Michelle R. Lambert* |
| MATT ADAMS WSBA #28287 | MICHELLE R. LAMBERT |
|  | NYS#4666657 |
| *s/Leila Kang* | Assistant United States Attorney |
| LEILA KANG WSBA #48048 | United States Department of Justice |
|  | 1201 Pacific Avenue, Suite 700 |
| *s/Glenda Aldana Madrid* | Tacoma, WA 98402 |
| GLENDA ALDANA MADRID WSBA #46987 | Tel.: (253) 428-3824 |
|  | Email: michelle.lambert@usdoj.gov |
| *s/ Kevin Hollinz* | *Attorneys for Defendants* |
| KEVIN HOLLINZ WSBA #52043 |  |
| Northwest Immigrant Rights Project |  |
| 615 Second Avenue, Suite 400 |  |
| Seattle, WA 98104 |  |
| Tel.: (206) 957-8611 |  |
| Email: Matt@nwirp.org |  |
| 　　　　aaron@nwirp.org |  |
| 　　　　khollinz@nwirp.org |  |

*Attorneys for Plaintiff*

STIPULATED MOTION TO DISMISS AND REMAND
(C23-1264 TL) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

**~~[PROPOSED]~~ ORDER**

This matter is dismissed without prejudice and without fees or costs to either party. The case is remanded to United States Citizenship and Immigration Services ("USCIS"). USCIS shall adjudicate Plaintiff's N-400 and, if appropriate, administer the Oath of Allegiance within 45 days of this Order.

IT IS HEREBY ORDERED.

DATED this 14th day of September 2023.

_____
Tana Lin
United States District Judge

STIPULATED MOTION TO DISMISS AND REMAND
(C23-1264 TL) - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800